1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROXANN ROBINSON, as the mother and successor-in-interest to RONELL THOMAS, deceased,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF SAN BERNARDINO, a California municipal entity; DEPUTY A. ELKABANY, an individual; and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | CASE NO. 5:24-cv-01540 PA(SPx)<br><br>*Assigned for All Purposes to: Judge Percy Anderson*<br><br>**[DISCOVERY MATTER]**<br><br>**PROTECTIVE ORDER** |

1
**PROPOSED ORDER**

1    **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED**.

2    Having considered the Stipulation by the parties, through their respective
3    attorneys of record, the stipulated request for a Protective Order (docket no. 37) is
4    hereby granted.

6    Dated: December 26, 2024   _____
                                **HON. SHERI PYM**
                                United States Magistrate Judge