UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:24-cv-01540-SRM-SPx | Date | April 18, 2025 |
|---|---|---|---|
| Title | ROXANN ROBINSON v. COUNTY OF SAN BERNARDINO, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order to Show Cause Why Motion to Compel Should Not Be Stricken**

On April 12, 2025, plaintiff file a motion to compel defendant El-Kabany to produce documents. Docket no. 51. The motion includes a joint stipulation purporting to set forth the parties' respective positions and arguments. Although the docket indicates the motion was noticed for hearing before the assigned District Judge, the motion itself correctly notices the hearing before the assigned Magistrate Judge for May 6, 2025 at 10:00 a.m.

On April 14, 2025, defendants filed an objection and request to strike the joint stipulation. Defendants contend they did not authorize the joint stipulation's filing. In particular, defendants allege that plaintiff made changes to her portion of the joint stipulation after defendants submitted their responding portion, added defense counsel's signature to the joint stipulation without authorization, and then filed the joint stipulation without allowing defendants an opportunity to review the merged document first, all in violation of Local Rules 5-4.3.4 and 37-2.2.

Accordingly, plaintiff is hereby ordered to show cause, on or before April 22, 2025, why the motion to compel should not be stricken for the reasons stated in defendants' objection and request to strike. If plaintiff withdraws the motion on or before April 22, 2025, the order to show cause will be discharged.